UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20291-CR-COOKE(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARIA HERNANDEZ,

    Defendant.
_____/

## MOTION TO QUASH TRIAL SUBPOENA

Defendant, Maria Hernandez, by and through undersigned counsel, files this Motion to Quash Trial Subpoena, and in support thereof states as follows:

1. The undersigned has received a trial subpoena addressed to the "Custodian of Records" for Action Best Medical Supplies, Inc. The government stated that the subpoena was intended for defendant Maria Hernandez. The undersigned had previously agreed to accept service of process for defendant Maria Hernandez.

2. The subpoena is purportedly returnable on February 4, 2007, before Judge Cooke under the above case number.

3. The subpoena calls for the production of the following records:

> Any and all patient records concerning the attached list of Medicare beneficiaries, including but not limited to, physician orders or certificates of medical necessity for durable medical equipment (DME), medical notes, delivery slips, assignment of benefits forms, invoices for DME and patient identification information.

4.      Action Best Medical, Inc., is no longer an existing corporate entity -- having been dissolved on June 27, 2007.  Therefore, the subpoena is inoperative and must be quashed.

5.      Additionally, even if the subpoena was otherwise operative, the subpoena must be quashed in that it is overbroad and compliance would be unduly burdensome in that the subpoena is not limited in any way as to the time period for which the requested records are sought.  Action Best Medical, Inc., was incorporated in 1993, and the conduct that is the subject of this case concerns only 2001 through 2003.  The records relating to other time periods are irrelevant, and production of the documents would be unduly burdensome.

6.      Lastly, the person purportedly served as custodian of records for Action Best Medical, Inc., is a charged defendant in this case, and as such cannot be compelled to testify, even if that testimony is limited to the production and authentication of records.  The act of production of these records alone under the circumstances of this case would violate the defendant's Fifth Amendment rights.  <u>United States v. Doe</u>, 465 U.S. 605 (1984); and <u>United v. Hubbell</u>, 530 U.S. 27 (2000).

Accordingly, defendant Maria Hernandez respectfully requests that this Court quash the trial subpoena directed to Action Best Medical, Inc.

                                                    Respectfully submitted,

                                                    _____s/ Robert N. Nicholson_____
                                                    Robert N. Nicholson
                                                    Florida Bar No. 933996
                                                    BROAD AND CASSEL
                                                    100 S.E. Third Ave., Ste. 2700
                                                    Fort Lauderdale, FL  33394
                                                    Ph:     (954) 764-7060
                                                    Fax:    (954) 713-0962
                                                    Email:  rnicholson@broadandcassel.com

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on <u>February 3, 2008</u>, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                           s/ Robert N. Nicholson
                                           Robert N. Nicholson

# SERVICE LIST
## *UNITED STATES V. MARIA HERNANDEZ*
## Case No. 07-20291-CR-COOKE(s)
### United States District Court, Southern District of Florida

KIRK OGROSKY
Kirk.Ogrosky@usdoj.gov
Deputy Chief
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone:  202-616-0429
Facsimile:  202-514-0152
Attorney for United States of America
Notice of Electronic Service

LAWRENCE RICHARD METSCH
l.metsch@metsch.com
THE METSCH LAW FIRM, P.A.
20801 Biscayne Blvd., Ste. 307
Aventura, FL  33180-1423
Ph:  (305) 792-2540
Fax: (305) 792-2541
Prior Counsel for Defendant
Notice of Electronic Service

ALVIN E. ENTIN
aentin@hotmail.com
ENTIN & DELLA FERA, P.A.
AutoNation Tower, Suite 1970
110 Southeast Sixth Street
Fort Lauderdale, FL 33301
Ph:  (954) 761-7201
Fax: (954) 764-2443
Counsel for Defendant
Maivi Rodriguez
Notice of Electronic Service

JOHN S. DARDEN
John.Darden@usdoj.gov
Trial Attorney
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone:  202-616-9468
Facsimile:  202-514-6118
Attorney for United States of America
Notice of Electronic Service

ROBERT C. JOSEFSBERG
rjosefsberg@podhurst.com
PODHURST ORSECK, P.A.
25 West Flagler St., Suite 800
Miami, FL 33130
Ph:   (305) 358-2800
Fax: (305) 358-2382
Counsel for Defendant
Ana Caos
Notice of Electronic Service

BRUCE A. ZIMET
bazimetlaw@aol.com
One Financial Plaza
Suite 2612
Ft. Lauderdale, FL 33394
Ph:   (954) 764-7081
Fax:  (954) 760-4421
Counsel for Defendant
Marta Jimenez
Notice of Electronic Service

4

Robert N. Nicholson
Florida Bar No. 933996
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, FL  33394
Ph:(954) 764-7060
Fax:(954) 713-0962
Counsel for Defendant Maria Hernandez
Notice of Electronic Service